IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JONRO SAYLORS                                                                      PLAINTIFF

v.                                          CIVIL NO. 07-3038

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                     DEFENDANT

## ORDER

On December 27, 2007, plaintiff filed a motion for extension of time to file his brief. (Doc. # 3). Plaintiff's brief is due today, December 27, 2007. In the motion, plaintiff states that his attorney received two separate docket entries reflecting two different due dates for plaintiff's brief, December 27, 2007, and December 31, 2007, respectively. While the latter docket entry clearly indicates that it is an Order signed by the undersigned, the undersigned recognizes confusion could have been caused by the two text docket entries. However, plaintiff's counsel should have brought any question to the court's attention prior to the date the Order states the brief was due.

The undersigned finds that just cause exists to grant plaintiff an extension of time to file his brief. Plaintiff's brief will now be **due on January 3, 2008**, and the defendant's brief will be **due 30 days from this date**. **No further extensions of time will be granted**.

IT IS SO ORDERED this 27th day of December 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

AO72A
(Rev. 8/82)