IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JONRO SAYLORS                                              PLAINTIFF

                v.             Civil No. 07-3038

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                            DEFENDANT

J U D G M E N T

NOW on this 11th day of August 2008, comes on for consideration the Report and Recommendation issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas (document #8). Plaintiff Jonro Saylors has filed objections to the Report and Recommendation (document #9).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner; and remands this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.**

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, an application may be filed up until thirty (30) days after the judgment becomes "not appealable," i.e. thirty days after the 60-day time for appeal has ended. See <u>Shalala v. Schaefer</u>, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

**IT IS SO ORDERED.**

<u>**/s/ Jimm Larry Hendren**</u>
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**